### 6266. BYRD v. BROWN, Governor.

BROYLES, J. The dismissal, on demurrer, of the answer to a rule nisi upon a bail bond is not a final disposition of the case. The writ of error is therefore                                                    *Dismissed.*

DECIDED JANUARY 6, 1916.

Forfeiture of recognizance; from city court of Brunswick— Judge Krauss. October 23, 1914.

*J. T. Colson,* for plaintiff in error.

*A. H. Crovatt, solicitor,* contra.